# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
    LESLIE C KOHN

Debtor(s)

Case No. 10-32842-DOF

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Carl L. Bekofske, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/18/2010.

2) The plan was confirmed on 09/15/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/03/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/18/2011.

5) The case was converted on 07/29/2013.

6) Number of months from filing to last payment: 38.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $6,646.52.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $77,239.00 |
| Less amount refunded to debtor | $669.00 |

**NET RECEIPTS:**            **$76,570.00**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,845.32 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,682.29 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$8,527.61**

Attorney fees paid and disclosed by debtor:     $1,500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNT RECEIVABLE SOLUTIONS | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION | Unsecured | 9,907.43 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE, LP | Unsecured | 202.46 | 202.46 | 202.46 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE, LP | Unsecured | 265.00 | 448.35 | 448.35 | 22.70 | 0.00 |
| CITIBANK USA NA | Unsecured | 7,336.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 402.00 | 654.55 | 654.55 | 33.15 | 0.00 |
| DISCOVER PERSONAL LOANS | Unsecured | 2,754.00 | 2,754.52 | 2,754.52 | 139.47 | 0.00 |
| FLAGSTAR BANK | Secured | 124,192.37 | 154,813.87 | 0.00 | 37,851.53 | 0.00 |
| FLAGSTAR BANK | Secured | 4,965.00 | 10,881.72 | 10,881.72 | 10,881.72 | 0.00 |
| FLINT AREA SCHOOL EMPLOYEE CU | Unsecured | 953.00 | NA | NA | 0.00 | 0.00 |
| FLINT AREA SCHOOL EMPLOYEES C | Unsecured | 991.67 | NA | NA | 0.00 | 0.00 |
| FLINT AREA SCHOOL EMPLOYEES C | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| FLINT AREA SCHOOL EMPLOYEES C | Unsecured | 5,489.19 | 12,246.03 | 12,246.03 | 620.03 | 0.00 |
| GENESYS HEALTH SYSTEM | Unsecured | 10.74 | NA | NA | 0.00 | 0.00 |
| GENESYS PHYSICIANS INTEGRATED | Unsecured | 226.37 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES ANESTHESIA ASSOCI | Unsecured | 5.53 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 12,197.92 | 10,986.19 | 10,986.19 | 10,986.19 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,451.10 | 1,451.10 | 73.48 | 0.00 |
| JUNIPER | Unsecured | 1,100.23 | NA | NA | 0.00 | 0.00 |
| LAKE PARK VILLAGE ASSOCIATION | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| LCS FINANCIAL SERVICES | Unsecured | 5,479.00 | 4,862.80 | 4,862.80 | 246.22 | 0.00 |
| MADISON NATIONAL LIFE INS. CO. | Unsecured | 102,074.53 | 102,074.53 | 102,074.53 | 5,168.12 | 0.00 |
| MEDCO HEALTH SOLUTIONS INC | Unsecured | 143.82 | NA | NA | 0.00 | 0.00 |
| MICHIGAN DEPARTMENT OF TREAS | Priority | 2,343.00 | NA | NA | 0.00 | 0.00 |
| MMCC | Unsecured | 67.70 | 67.70 | 67.70 | 0.00 | 0.00 |
| NORTHLAND GROUP INC | Unsecured | 654.55 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS, PC | Unsecured | 28.57 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 382.78 | 382.78 | 382.78 | 19.39 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 586.92 | 586.92 | 586.92 | 29.72 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,476.57 | 2,574.37 | 2,574.37 | 130.35 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,061.16 | 1,126.00 | 1,126.00 | 57.01 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| PROFESSIONAL EMERGENCY CARE | Unsecured | 10.87 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 641.00 | 844.55 | 844.55 | 42.76 | 0.00 |
| STATE OF MICHIGAN | Secured | 2,233.25 | 2,074.86 | 2,074.86 | 1,684.84 | 0.00 |
| STAWIARSKI & ASSOCIATES, P.C. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE SURGERY CENTER | Unsecured | 108.34 | 108.34 | 108.34 | 0.00 | 0.00 |
| WEINSTEIN & RILEY, PS | Unsecured | 1,100.00 | 1,100.23 | 1,100.23 | 55.71 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $37,851.53 | $0.00 |
| Mortgage Arrearage | $10,881.72 | $10,881.72 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,074.86 | $1,684.84 | $0.00 |
| **TOTAL SECURED:** | **$12,956.58** | **$50,418.09** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,986.19 | $10,986.19 | $0.00 |
| **TOTAL PRIORITY:** | **$10,986.19** | **$10,986.19** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$131,485.23** | **$6,638.11** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,527.61 |
| Disbursements to Creditors | $68,042.39 |
| **TOTAL DISBURSEMENTS:** | **$76,570.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/10/2013 By: /s/ Carl L. Bekofske
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**